Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| **ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS,**<br><br>                        **Plaintiff,**<br>        v.<br><br>**UNITED STATES,**<br><br>                        **Defendant.** | Before: Hon. _____<br>                Judge<br><br>Court No. 23-00102 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                              /s/ Mario Toscano
                                                              Clerk of the Court

1.   Plaintiff, the Association of American School Paper Suppliers, is an association domestic producers of lined paper products and is therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). Plaintiff also participated in the administrative review under review by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
     (Name and standing of plaintiff)

2.   Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the 2020-2021 administrative review of the antidumping duty order on Certain Lined Paper Products from India. *Certain Lined Paper Products from India*, 88 Fed. Reg. 21,971 (Dep't Commerce Apr. 12, 2023). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).
     (Brief description of the contested determination)

3.   April 12, 2023
     (Date of determination)

Form 3-2

4. April 12, 2023 (88 Fed. Reg. 21,971)
  (If applicable, date of publication in Federal Register of notice of contested determination)

                Timothy C. Brightbill, Esq.
                Maureen E. Thorson, Esq.
                Paul A. Devamithran, Esq.
                Nicole C. Hager, Esq.

                **WILEY REIN LLP**
                2050 M Street, NW
                Washington, DC 20036
                (202) 719-7000
                WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

May 12, 2023
Date

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

   If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044