Court No. 23-00102                                                                                                      FORM 8A-1

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 23-00102 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: September 15, 2023

/s/ Timothy C. Brightbill
Timothy C. Brightbill, Esq.
Maureen E. Thorson, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for the Association of American School Paper Suppliers*

Court No. 23-00102                                                                                                        FORM 8A-2

                                                                           BRIAN M. BOYNTON
                                                                           Principal Deputy Assistant Attorney General

                                                                           PATRICIA M. McCARTHY
                                                                           Director

                                                                           /s/ Franklin E. White, Jr.
                                                                           FRANKLIN E. WHITE, JR.
                                                                           Assistant Director


|                                               |                                               |
|-----------------------------------------------|-----------------------------------------------|
| OF COUNSEL:                                   | /s/ Anne M. Delmare                           |
| ALEXANDER FRIED                               | ANNE M. DELMARE                               |
| Attorney                                      | Trial Attorney                                |
| Office of the Chief Counsel                   | U.S. Dept. of Justice                         |
| For Trade Enforcement & Compliance            | Civil Division                                |
| U.S. Department of Commerce                   | Commercial Litigation Branch                  |
| Washington, D.C.                              | P.O. Box 480                                  |
|                                               | Ben Franklin Station                          |
|                                               | Washington, D.C. 20044                        |
|                                               | Telephone: (202) 305-0531                     |
|                                               | E-mail: anne.m.delmare@usdoj.gov              |
|                                               |                                               |
|                                               | *Attorneys for Defendant*                     |

Court No. 23-00102                                                                                           FORM 8A-3

## Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: September 15, 2023

Clerk, U.S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)